UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 13-20348-CIV-GRAHAM/WHITE
08-TP-20012

GERARDO PENDAS MACHADO,

   Plaintiff,

vs.

UNITED STATES OF AMERICA,

   Defendant.
_____/



### ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Letter Motion for the Reasonable Consideration for a Reduction of the Supervised Release Violation Sentence Imposed [D.E. 1].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 3]. Judge White has issued a Report and Recommendation [D.E. 9] (the "Magistrate Judge's Report") for this Court's consideration recommending that relief be dismissed without prejudice. Plaintiff has filed timely objections to the Report.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 9] is **AFFIRMED, ADOPTED AND RATIFIED** in its

entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Letter Motion for the Reasonable Consideration for a Reduction of the Supervised Release Violation Sentence Imposed [D.E. 1] is **DISMISSED WITHOUT PREJUDICE**. The clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of April, 2013.

                                                      s/Donald L. Graham
                                                      DONALD L. GRAHAM
                                                      UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge White
      Counsel of Record


      Gerardo Pendas Machado
      56047-004
      McRae Correctional Institution
      Inmate Mail/Parcels
      Post Office Drawer 30
      McRae, GA 31055